UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. STANFORD, | No. 2:18-cv-3007-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel. He has filed a letter notifying the court "of a problem [he is] having with submitting a 1983 suit" and an "imminent threat" to his safety at the R.J. Donovan Correctional Facility in San Diego, California. ECF No. 1.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

Here, it appears that any potential defendants or claims arising from plaintiff's safety concerns at the R.J. Donovan Correctional Center would be located in San Diego County.

1

Because San Diego County lies within the venue of the Southern District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(d).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a).

Dated: November 27, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE