UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. STANFORD, | No. 2:18-cv-3007-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to submit the in forma pauperis application required by § 1915(a).

Plaintiff's request (ECF No. 14) is granted and plaintiff has 30 days from the date this order is served to file his in forma pauperis application.

So ordered.

Dated: November 19, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE