UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. STANFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>A. PENA, *et al.*,<br><br>        Defendants. | Case No.  2:18-cv-03007 KJM JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF No. 19 |

     Plaintiff paid the filing fee in this case on January 28, 2019.  Plaintiff now moves to proceed without prepayment of fees.  ECF No. 19.  Plaintiff's motion is denied as moot because he has already paid the filing fee.

Dated: October 19, 2020

                                                          */s/ Jeremy Peterson*
                                          UNITED STATES MAGISTRATE JUDGE